UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SHANE A. SCHULTZ,

        Petitioner,        Case No. 1:10-cv-663

v.        Honorable Paul L. Maloney

MICHIGAN PAROLE BOARD,

        Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:   July 22, 2010        /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             Chief United States District Judge