UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SHANE A. SCHULTZ,

        Petitioner,               Case No. 1:10-cv-663

v.                                  Honorable Paul L. Maloney

MICHIGAN PAROLE BOARD,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.


Dated:   July 22, 2010               /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge